Opinion issued August 15, 2019



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00535-CV

————————————

## CAMERON KEITH ERSKIN, Appellant

## V.

## ALEXIS LEE AND ATTORNEY GENERAL FOR THE STATE OF TEXAS, Appellees

On Appeal from the 505th District Court
Fort Bend County, Texas
Trial Court Case No. 16-DCV-235734

## MEMORANDUM OPINION

Appellant's brief was originally due September 6, 2018. The Court granted one extension until December 6, 2018. On December 27, 2018, this Court issued a notice advising appellant that unless he filed his brief within ten days, we might dismiss the appeal for want of prosecution. Because appellant's counsel had filed a

motion to withdraw, which this Court granted on November 7, 2018, the Court issued a second notice to the pro se appellant concerning filing the brief within ten days or the appeal might be dismissed. No response or brief was filed.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.